UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cv-10228-SVW-DSR | Date: | November 23, 2026 |
| Title: | Angelica Castro v. Somatus, Inc. et al | | |

**JS-6**

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| | |
|---|---|
| Daniel Tamayo | c/s 11-23-2026 |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Faik Yetgin | Greg S Labate |

**Proceedings:** NEW CASE STATUS CONFERENCE
MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff [11]

Case called. The Motion to Remand [11] is GRANTED. Order to be issued. By Order of the Court, this Case is hereby REMANDED.

: 1